UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 29, 2005

No. 05-316
CR-96-5-V

In Re: HUBERT RAMSEY, a/k/a Herbert Ramsey

Movant

---

O R D E R

---

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Luttig with the concurrence of Judge Williams and Judge Shedd.

For the Court

/s/ Patricia S. Connor
———————————————
CLERK

FILED
STATESVILLE, N.C.
JUL 1 2005
U.S. DISTRICT COURT
W. DIST. OF NC