# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Hubert Ramsey ) | Case No: 5:96CR5-04 |
| ) | USM No: 12457-058 |
| Date of Previous Judgment:   January 31, 1997   ) | Stanford Contz |
| (Use Date of Last Amended Judgment if Applicable)   ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ■ the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**   ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**REASON FOR DECISION:**

In the Court's discretion, the sentence of the Defendant will not be reduced due to excessive disciplinary actions incurred by the Defendant while incarcerated. <u>See</u> 18 U.S.C. § 3553(a)(1) and 18 U.S.C. § 3553(a)(2)(B) and (C).

**IT IS SO ORDERED**.

Signed: September 11, 2009

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge